# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# PINE BLUFF DIVISION

TERRY W. HAMILTON                                            PLAINTIFF

v.                          No. 5:16-cv-356-DPM

CORE-MARK INTERNATIONAL, INC.                                DEFENDANT

## ORDER

The Court held a hearing on the parties' discovery disputes. The Court's rulings and reasons are in the transcript. Supplemental responses from both sides due by 12 January 2018. Unilateral joint report, № 16, addressed. An Amended Final Scheduling Order will issue.

So Ordered.

_____
D.P. Marshall Jr.
United States District Judge

13 December 2017