IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

TERRY W. HAMILTON                                          PLAINTIFF

v.                          No. 5:16-cv-356-DPM

CORE-MARK INTERNATIONAL, INC.                              DEFENDANT

## ORDER

1. Hamilton's affidavit, № 43, is an improvement because it seems to track Core-Mark's Local Rule 56.1 statement paragraph by paragraph. But Hamilton's affidavit doesn't comply fully with the Court's recent detailed Order, № 40. Hamilton must repeat each fact asserted by Core-Mark before responding to each one. And Hamilton must include a record citation for each material fact that he disputes.

2. Hamilton's compliant responding Local Rule 56.1 statement is due by 29 June 2018.

3. Core-Mark's time to file a second reply brief is extended until fourteen days after Hamilton files his compliant responding statement.

So Ordered.

*D.P. Marshall Jr.*
D.P. Marshall Jr.
United States District Judge

13 June 2018