# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# PINE BLUFF DIVISION

TERRY W. HAMILTON                                                    PLAINTIFF

v.                          No. 5:16-cv-356-DPM

CORE-MARK INTERNATIONAL, INC.                                        DEFENDANT

## ORDER

The Court is attaching its working drafts of (1) the *voir dire*, (2) the preliminary instructions, (3) the final instructions, and (4) the verdict form. Core-Mark's proposals helped. Please file any objection to the *voir dire* or preliminary instructions by 31 October 2019. We'll work on the final instructions and the verdict form during the trial. They're tentative. Please hold your thoughts on them until trial.

So Ordered.

*D.P. Marshall Jr.*
D.P. Marshall Jr.
United States District Judge

28 October 2019