# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# PINE BLUFF DIVISION

TERRY W. HAMILTON                                                   PLAINTIFF

v.                          No. 5:16-cv-356-DPM

CORE-MARK INTERNATIONAL, INC.                                      DEFENDANT

## JUDGMENT

The case is dismissed with prejudice. The Court retains jurisdiction until 6 December 2019 to enforce the parties' settlement agreement.

_____
D.P. Marshall Jr.
United States District Judge

4 November 2019